1116

### Ex parte William OSBORNE.
### No. 17597.

Court of Criminal Appeals of Texas.
March 27, 1935.

See, also (Tex. Cr. App.) 75 S.W.(2d) 265; (Tex. Cr. App.) 77 S.W.(2d) 537.

Goodhue Weatherly, of Falfurrias, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

This is an appeal from an order on a hearing upon a writ of habeas corpus remanding appellant to the custody of the sheriff.

We find with the record an affidavit duly made by the appellant asking that this appeal be dismissed. The request is granted. The appeal is dismissed.

### William OSBORNE v. STATE.
### No. 17347.

Court of Criminal Appeals of Texas.
March 27, 1935.

See, also, Ex parte Osborne (Tex. Cr. App.) 75 S.W.(2d) 265; Id. (Tex. Cr. App.) 77 S.W. (2d) 537.

Goodhue, Weatherly, of Falfurrias, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of being a delinquent child, and his punishment was assessed at confinement in the State Juvenile Training School for Boys until the 23d day of January, A. D. 1938.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### Tom PAGE v. STATE.
### No. 17185.

Court of Criminal Appeals of Texas.
March 6, 1935.

Chrisman & Russell, of Cleburne, and W. E. Myres and Fred Stockdale, both of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale, punishment being one year in the penitentiary.

The indictment is fatally defective. See Offield v. State (Tex. Cr. App.) 75 S.W.(2d) 882, and cases following it. The reasons for such holding appear in the opinion in the case cited.

The judgment is reversed, and the prosecution ordered dismissed under the present indictment.

### Woodrow PRICE v. STATE.
### No. 17613.

Court of Criminal Appeals of Texas.
March 27, 1935.

C. E. Florence, of Gilmer, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for robbery; punishment, five years in the penitentiary.

We find with the record an affidavit duly made and executed by appellant requesting that his appeal be dismissed. The request is granted. The appeal is dismissed.